# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

APPOINTMENT OF NEW UNITED STATES
MAGISTRATE JUDGE FOR THE DISTRICT
OF PUERTO RICO

MISC. NO. 06-56 (JAF)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF APPOINTMENT OF MERIT SELECTION PANEL

The United States District Court is required by law to establish a panel of citizens to consider the appointment of a new full-time magistrate judge for the District of Puerto Rico.

The Regulations of the Judicial Conference of the United States provide that the Court shall appoint a Merit Selection Panel which shall recommend to the Court for nomination six (6) candidates the panel has determined as best qualified to serve as a United States Magistrate Judge.

The Court hereby appoints the following persons as members of the Merit Selection Panel:

1. Steven C. Lausell-Stewart, Esquire - Chairman

2. Baltasar Corrada del Río, Esquire

3. Arturo J. García-Solá, Esquire

4. Mariángela Tirado-Vales, Esquire

5. Juan A. Pedrosa-Trápaga, Esquire

6. Mr. Enrique E. Irizarry, Jr., Businessman

7. Mr. José E. Rosich, Businessman

The panel shall report to the Court the results of its activities **within ninety (90) days** from this date. The Clerk shall provide the panel with the necessary assistance for the discharge of its duty under this order.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of March, 2006.

JOSE ANTONIO FUSTE
Chief, U.S. District Judge